**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE WILLIAMS, ) | Case No. SACV 08-765-JVS (ANx) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| RSM McGLADREY, INC., a Delaware corporation; and DOES 1-20, inclusive, ) | |
| Defendant. ) | Hon. James V. Selna |

## ORDER

Based upon the Joint Stipulation for Dismissal of the parties that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and that each Party agrees to bear her or its own costs and attorney's fees and for good cause shown, the Stipulation of Dismissal with Prejudice is hereby granted.

IT IS SO ORDERED.

Dated: March 25, 2009

Hon. James V. Selna
United States District Court Judge

Presented by:

SEYFARTH SHAW LLP
Andrew M. Paley (SBN: 149699)
Sheryl L. Skibbe (SBN: 199441)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email:  sskibbe@seyfarth.com
        apaley@seyarth.com

Attorneys for Defendant
RSM McGLADREY, INC.

By:  _____/s/_____Sheryl L. Skibbe_____

LA1 6771734.1

2

Stipulation of Dismissal and [Proposed] Order